IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD E. ELLIS,

   Plaintiff,

  v.

UNNAMED DEFENDANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-715-TWT

**ORDER**

This is a pro se prisoner mandamus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED as frivolous.

SO ORDERED, this 13 day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Ellis\r&r.wpd